FRANCIS BROWN et al., Appellants, *v.* JOSEPH W. SMITH, Respondent.

JOHN D. WING et al., Appellants, *v.* THE SAME, Respondent.

PETER A. WELCH et al., Appellants, *v.* THE SAME, Respondent.

(Argued March 11, 1880 ; decided March 19, 1880.)

REPORTED below, 13 Hun, 408.

*C. E. Tracy* for appellants.

*Freling H. Smith* for respondent.

*Per Curiam mem.* for affirmance on opinions of General Term and of referee.

All concur, except MILLER and EARL, JJ., not voting.

Judgment affirmed.